FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 21 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| PAUL DRIVER & SONS,<br>a General Partnership<br><br>Plaintiff<br><br>VS.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>Defendant | Case No: 2:23-cv-104-BSM |

## COMPLAINT AT LAW

Comes the Plaintiff, Paul Driver & Sons (hereinafter "Driver"), by and through its attorneys, EASLEY & HOUSEAL, PLLC, and for its cause of action against the Defendant, State Automobile Mutual Insurance Company (hereinafter "State Auto"), states:

### Jurisdiction and Venue

1. Paul Driver & Sons is an Arkansas general partnership with its principal place of business in Crittenden County, Arkansas.

2. State Auto is an insurance company authorized to do business in the state of Arkansas, and in fact does business in Crittenden County, Arkansas. State Auto is domiciled in the State of Ohio, and may be served through its registered agent for service, Corporation Service Company, located at 300 Spring Bldg., Ste. 900, 300 Spring St., Little Rock, AR 72201. State Auto is responsible for the actions and inactions of its agents,

This case assigned to District Judge Miller
and to Magistrate Judge Ervin

adjusters, and employees under the doctrine of *respondeat superior*.

3.  This action concerns an insurance policy entered into in the State of Arkansas.

4.  This Court has jurisdiction of this cause under 28 U.S.C. § 1332(a) as there is diversity of citizenship and the amount in controversy exceeds $75,000.

5.  This action concerns acts committed and property located in Crittenden County, Arkansas, and venue is proper in the Easter District of Arkansas, Delta Division pursuant to 28 U.S.C. § 1332(b).

## Facts and Allegations

6.  Plaintiff Driver farms over 3,000 acres in Crittenden County, Arkansas.

7.  The Mississippi River is a main shipment thoroughfare for crops harvested across the country, and particularly in Arkansas, Tennessee, Mississippi, etc.

8.  The agriculture industry in eastern Arkansas relies on barges to ship grain downstream every year during harvest.

9.  The year 2022 was a particularly hot and dry year, and the Mississippi River fell to record low levels in the late summer and fall.

10. Beginning in mid-October of 2022, the Mississippi River became unnavigable for barge traffic.

11. Accordingly, as the grain elevators became full, there was no place for agricultural commodities to go.

12. Because of the lack of storage space in traditional silos, many farmers chose to store their crops in large, waterproof silage bags, such as those seen here:



13.     The use of silage bags to store grain is a standard and accepted practice for farmers, particularly when there are disruptions in grain shipping and processing.

14.     Plaintiff realized that much of its harvest in 2022 would be unable to be processed and would have to be stored.

15.     Plaintiff stored much of its sorghum grain harvest in silage bags.

16.     Plaintiff stored over 12,500 bushels of sorghum grain in silage bags in October 2022.

17.     Plaintiff insured the grain against loss while it had to be stored. When Plaintiff procured the policy, Plaintiff asked specifically if the policy would cover losses due to hail, wind, animals, etc. Plaintiff was informed by underwriters for State Auto that its policy would protect against hail, wind, animals, and other risks.

18.     At the time of the loss complained of herein, Plaintiff held insurance policy number 10153798FR with Defendant State Auto, which included coverage for milo stored in bag storage from October 31, 2022 to March 1, 2023. The declarations page for policy number 10153798FR is attached hereto as **Exhibit A**. Page 2 of the policy declarations

showed the following coverage:

| Class | Description | Start Date | End Date | Deductible | Limit | Premium |
|---|---|---|---|---|---|---|
| Grain | Soybeans in bag storage | 10/31/2022 | 03/01/2023 | $1,000 | $475,000 | $790.05 |
| Grain | Milo in bag storage | 10/31/2022 | 03/01/2023 | $1,000 | $110,000 | $182.96 |

19.     In mid-February 2023, Plaintiff prepared to ship the sorghum grain contained in the silage bags, and noticed for the first time that the grain had been damaged.

20.     On February 17, 2023, Plaintiff timely filed a claim for damage to its stored sorghum grain.

21.     Approximately two weeks later, an adjuster investigated Plaintiff's loss claim and viewed the silage bags.

22.     At the time of the inspection, Plaintiff asked Defendant's adjuster if the crop needed to be transported to the grain elevator.

23.     Defendant's adjuster suggested against taking the grain to the elevator, telling the Plaintiff the crop in the silage bags was "ruined."

24.     Plaintiff expected to realize $7.10 per bushel of sorghum grain.

25.     Accordingly, the monetary loss of the 12,500 bushels contained in the silage bags is $88,750.00.

26.     At the time of the loss complained of herein, Plaintiff had paid all premiums owed on the subject policy.

27.     Plaintiff performed all duties required of it in reporting the claim pursuant to the terms of the policy.

28. Plaintiff made a demand for coverage and benefits under the subject policy.

29. Instead of paying the loss, State Auto has procrastinated, delayed, and frustrated Plaintiff's attempts to recover the insurance proceeds rightfully due to it.

30. Defendant's adjuster advised that the Plaintiff not take the subject grain to the grain elevator, telling the Plaintiff "its ruined." Accordingly, Defendant advised the Plaintiff against mitigating its loss.

31. Plaintiff was informed orally that his claim was being denied, but has not received a declination letter. In any event, Defendant has had sufficient time to investigate this matter and has failed to approve the claim.

## COUNT I: BREACH OF INSURANCE CONTRACT

32. Plaintiff and State Auto entered into a valid insurance contract which provided coverage for property damage to grain stored in silage bags.

33. The policy required that the Plaintiff pay certain premiums. The Plaintiff made every premium payment requested by Defendant.

34. The Plaintiff performed every act or obligation required of it by the insurance contract in the event of a loss.

35. Plaintiff made demand for coverage and insurance benefits for the damage to the grain.

36. The insurance contract required State Auto to pay for damage to Plaintiff's stored grain under the circumstances here.

37. State Auto has failed and refused to make a timely investigation and make a timely payment.

38.     State Auto has breached its insurance contract with the Plaintiff by not paying the full amount of the property damage suffered, and by not timely investigating Plaintiff's claim.

### DAMAGES

39.     Plaintiff is entitled to insurance benefits in the amount of $88,750.00.

40.     In addition to the compensatory damages sought herein, Plaintiff should be awarded judgment against the Defendant for the 12% statutory penalty, together with a reasonable attorney fee, and for 6% pre-judgment interest.

41.     **Plaintiff demands a jury trial in Helena, Arkansas.**

**WHEREFORE**, Plaintiff Paul Driver & Sons prays for judgment against State Automobile Mutual Insurance Company in the amount of $88,750.00 for damage to its stored sorghum grain crop, for a 12% statutory penalty, for a reasonable attorney fee, for pre-judgment interest at the rate of 6% per annum, for post-judgment interest at the highest legal rate, and for all other proper relief available under the law.

Respectfully submitted,

**EASLEY & HOUSEAL, PLLC**
Attorneys for Plaintiff

By: _____
Austin H. Easley
Arkansas Bar No. 2010154
Post Office Box 1115
Forrest City, AR 72336-1115
P:   (870) 633-1447
F:   (870) 633-1687
austin@ehtriallawyers.com


**STATE AUTO** Insurance Companies

Premier Group Ins Inc (NE AR Ins & Fin Srvcs)
4201 Bernard Street Ste 5
Jonesboro, AR 72401
(870) 520-6252

# Common Policy Declaration
Farm and Ranch Policy
Amended Declaration

## Total Policy Premium
## $17,696.43

**Named Insured and Mailing Address:**
PAUL DRIVER AND SONS
18665 State Highway 77
TURRELL, AR 72384

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 10153798FR | 10/31/22 - 10/31/23 | State Automobile Mutual Insurance Company |

The coverage and these declarations are effective at 12:01 a.m. standard time on 02/17/2023 at the above mailing address.


StateAuto.com

**Questions?**

Visit us at **StateAuto.com** or call **(800) 288-4425 for customer service.**

**Contact your independent agent at (870) 520-6252.**

## Reason(s) for Amendment Effective 02/17/2023

Premium Change: This change increases the premium by $6,151.10 for the remainder of the policy period.

- Added Blanket Farm Personal Property
- Changed Scheduled Farm Personal Property

## Farm and Ranch Information

| Primary Farm Type | Entity Type |
|---|---|
| Field Crops | Partnership |


PLAINTIFF'S EXHIBIT
A

In return for the payment of the premium when due, and subject to all the terms of the policy, we agree with you to provide the insurance as stated by this policy. This premium may be subject to adjustment.

Issue Date: 02/22/2023
DECOV-FR (08/22)

Page 1 of 4

Agency 0010774



**Policy Number: 10153798FR**
**Total Policy Premium $17,696.43**

## Location Details

| Location # | Address | County |
|---|---|---|
| 1 | 18665 State Highway 77, Turrell, AR 72384 | CRITTENDEN |

## Property Coverages

Coverages provided by your Farm and Ranch Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

## Farm Personal Property

### Blanket Farm Personal Property

| | Deductible | Limit | Premium |
|---|---|---|---|
| Blanket Farm Personal Property | $1,000 | $1,000,000 | $5,182.86 |

### Scheduled Farm Personal Property

| Class | Description | Replacement Cost | Deductible | Limit | Premium |
|---|---|---|---|---|---|
| Machinery | 1995, JOHN DEERE, 8400, RW8400P001708 | N/A | $1,000 | $65,000 | $457.42 |
| Machinery | 2015, Case, 500 precision, 056300/051352 | N/A | $1,000 | $125,000 | $798.62 |
| Machinery | 2012, Kinze, 3600, 624311 | N/A | $1,000 | $90,000 | $602.55 |
| Machinery | 2012, JOHN DEERE, 8295RT, 1RW8295RPAP902265 | N/A | $1,000 | $150,000 | $949.83 |
| Machinery | 2015, JOHN DEERE, 4045R, 1N04045RKE0006151 | N/A | $1,000 | $190,000 | $1,145.97 |
| Machinery | 2018, John Deere, R4038, 1n04038RJJ0194588 | YES | $1,000 | $260,000 | $1,737.34 |
| Machinery | 2014, JOHN DEERE, 310R, 1RW8310RWDP71128 | N/A | $1,000 | $160,000 | $996.54 |
| Machinery | 2020, TAKEUCHI, TL8R, 408000079 | YES | $1,000 | $85,000 | $660.55 |
| Machinery | 2004, JOHN DEERE, 8420, RW8420P037475 | N/A | $1,000 | $100,000 | $654.94 |
| Machinery | 2001, JOHN DEERE, 8410T, RW8410T | N/A | $1,000 | $75,000 | $518.60 |
| Machinery | 2014, CASE, 315, ZCRD09166 | N/A | $1,000 | $125,000 | $798.62 |
| Miscellaneous Equipment | JOHN DEERE 2680H SPEED DISK | | $1,000 | $80,000 | $501.63 |

### Peak Season - Scheduled

| Class | Description | Start Date | End Date | Deductible | Limit | Premium |
|---|---|---|---|---|---|---|
| Grain | Soybeans in bag storage | 10/31/2022 | 03/01/2023 | $1,000 | $475,000 | $790.05 |
| Grain | Milo in bag storage | 10/31/2022 | 03/01/2023 | $1,000 | $110,000 | $182.96 |

Issue Date: 02/22/2023
DECOV-FR (08/22)

Page 2 of 4

Agency 0010774



**Policy Number: 10153798FR**
**Total Policy Premium $17,696.43**

| Total Farm Personal Property Premium | $15,978.48 |
|---|---|

## Liability Coverages

Coverages provided by your Farm and Ranch Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

**Total Acreage: 5,000**

| Coverage | General Information | Premium |
|---|---|---|
| G. Farm Personal Liability | $500,000 / $1,000,000 per Occurrence/ Aggregate Limit | $527.72 |
| H. Medical Payments to Others | $5,000 each person | Included |
| **Total Liability Premium** | | **$527.72** |

## Policy Options - Property

| Coverage | General Information | Deductible | Limit | Premium |
|---|---|---|---|---|
| Identity Fraud Expense | | | | N/A |
| Private Power and Light Poles Increased Limits | | | $2,500 | $0.00 |
| Ultra Security | | | | $52.96 |
| Farm Equipment Breakdown with Precision Ag Coverage | | See Form | | $1,137.27 |
| Exclusion of Terrorism | | | | N/A |
| **Total Policy Options Property Premium** | | | | **$1,190.23** |

## Policy Options - Liability

Coverages shown below are provided at a limit of $500,000 per occurrence / $1,000,000 aggregate unless otherwise noted

| Coverage | General Information | Limit | Premium |
|---|---|---|---|
| Exclusion of Terrorism | | | NA |
| **Total Policy Options Liability Premium** | | | |

## Policywide Applied Discounts

Multi-Policy Discount



**Policy Number: 10153798FR**
**Total Policy Premium $17,696.43**

## Policyholder Notices

| Number | Edition Date | Name |
|---|---|---|
| SI 90 01 | 05/22 | Common Policy Jacket |
| FI2678 | 11/12 | Important Notice To Policyholder Statement Regarding Earthquake Coverage Arkansas |
| AU303 | 01/20 | Notice Of The Policies And Practices Of The Disclosure Of Nonpublic Personal Information |
| FR2650 | 02/22 | Policyholder Notice State Auto's Identity Theft Protection Program |
| AU370 | 06/20 | Special Contact Information For Arkansas Policyholders |

## Forms and Endorsements

| Number | Edition Date | Name |
|---|---|---|
| FR1 | 01/18 | Farm And Ranch Policy |
| FR35 | 07/22 | Arkansas Changes |
| FR0181 | 01/18 | Arkansas Changes- Terrorism |
| ILN016 | 09/03 | Arkansas Fraud Statement |
| ACORD67AR | 02/00 | Arkansas Property Supplement - Declination Of Residential Earthquake Coverage |
| FR139 | 02/22 | Cannabis Exclusion with Industrial Hemp Exception |
| FR4010 | 01/18 | Exclusion Of Terrorism |
| FR42 | 05/22 | Farm Equipment Breakdown with Precision Ag Coverage |
| FR455 | 01/18 | Identity Fraud Expense Coverage |
| AU97 | 04/04 | Important Notice |
| FR17 | 01/18 | Oil Or Gas Operations Exclusion |
| FR379 | 01/18 | Peak Season Endorsement Coverage E - Blanket Farm Personal Property And Coverage F - Scheduled Farm Personal Property |
| FR32 | 01/18 | Private Power And Light Poles Increased Limits |
| FR24 | 04/22 | Replacement Cost Farm Machinery |
| FR852 | 11/21 | Ultra Security Endorsement |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# REPLACEMENT COST FARM MACHINERY

**COVERAGE**
For an additional premium, replacement cost applies to the items of "farm machinery" as designated on the Declarations.

**VALUATION**
SECTION I – CONDITIONS item 3.a.2) does not apply to items of "farm machinery" listed on the Declarations for this coverage and is replaced with the following:
1. If at the time of loss from any Section I – ADDITIONAL COVERAGES, Item 13, Special Perils Coverage on "Farm Machinery", the limit of insurance for an item of "farm machinery" listed is 80 percent or more of full replacement cost immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:
   a. The limit of insurance for that item of machinery; or
   b. The necessary amount actually spent to repair or replace the damaged item.
2. If, at the time of loss, the limit of insurance for any destroyed or damaged scheduled item of "farm machinery" listed is less than 80% of its full replacement cost, we will pay the greater of the following amounts, but not more than the limit of insurance that applies to the "farm machinery":
   a. The actual cash value of that item; or
   b. That proportion of the cost to repair or replace that item, after application of the deductible, and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance bears to 80% of the cost of repairing or replacing that item.

**EXCLUSIONS**
Replacement Cost Farm Machinery does not apply to:
1. Any item of "farm machinery" not listed on the Declarations with this coverage;
2. Any item of "farm machinery" that is over 7 years old; or
3. Any battery, tire, filter, belt, chain or canvas that is part of any item of "farm machinery".

**CONDITIONS**
1. If the cost of repair or replacement is greater than $2,500 the following provisions, 1.a., and 1.b. apply:
   a. We will not pay more than actual cash value for any loss or damage until actual repair or replacement is completed.
   b. You may make claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability in accordance with this endorsement.
2. In the event you elect not to repair the item the most we will pay is the lowest value of the following:
   a. The actual cash value of the item;
   b. The cost to reasonably restore the item; or
   c. The cost of a functionally equivalent replacement.

**DEFINITIONS**
For purposes of this endorsement the definition of "farm machinery" is changed as follows:
7. "Farm machinery" means equipment propelled by its own motor or designed to be pulled by equipment propelled by its own motor and includes but is not limited to crawlers, tractors, harvesting equipment, irrigation equipment and other implements of husbandry designed for use:
   a. Principally off public roads: and
   b. As implements for planting or cultivating the soil, producing or harvesting of crops, servicing livestock and including all necessary or related operations.

All other provisions of this policy apply.

This endorsement is a part of the policy when the form number is shown on the Declarations.

FR24 (04/22) Page 1 of 1