**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**PAUL DRIVER & SONS**                                                    **PLAINTIFF**
*A General Partnership*

**v.**                                   **CASE NO. 2:23-CV-00104-BSM**

**STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY**                                              **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE